JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 444 -- IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/09/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- Defendants Philip M. Klutznick, Sec. of Dept. of Commerce, et al. SUGGESTED TRANSFEREE COURT: D. District of Columbia SUGGESTED TRANSFEREE JUDGE: (cds) |
| 80/09/16 | 2 | MOTION FOR EXPEDITED RESPONSE AND HEARING -- Defendants -- w/Memorandum and cert. of service (cds) |
| 80/09/25 | 3 | RESPONSE, BRIEF IN OPPOSITION TO TRANSFER -- Plaintiffs William H. McNichols, Jr. and City and County of Denver -- w/cert. of service (cds) |
| 80/09/26 | | APPEARANCES: MARK C. RUTZICK, ESQ. for all defendants; CHARLES G. NISTICO, ESQ. for City of Chester; ROBERT ABRAMS, ESQ. for Hugh L. Carey, et al.; HENRY A. HAUSER, ESQ. for Bernard Carey, et al.; GEORGE J. CERRONE, JR., ESQ. for William H. McNichols, Jr., et al.; JAMES D. SMIERTKA, ESQ. for Wallace E. Holland, et al.; (cds) |
| 80/10/1 | 4 | RESPONSE -- State of New Mexico, et al. w/cert. of svc.(ds) |
| 80/10/1 | 5 | RESPONSE; CERT. OF SVC.; EXHIBITS A & B -- Pltf. Bernard Carey (ds) |
| 80/10/1 | 6 | RESPONSE; MEMORANDUM; CERT. OF SVC.; CONDITIONAL MOTION FOR REMAND INSTANTER OF NON-ADJUSTMENT CLAIM -- Pltf. Spanish Coalition for jobs, et al. (ds) |
| 80/10/1 | 7 | RESPONSES; CERT. OF SVC.; MEMORANDUM w/ Exhibits A through E -- Pltf City of Philadelphia, et al. (ds) |
| 80/10/2 | 8 | RESPONSE, MEMORANDUM, w/cert. of svc.-- Pltf. Wallace E. Holland, et al. (ds) |
| 80/10/2 | 9 | RESPSONSE, MEMORANDUM, w/cert. of svc.-- Pltfs. Hugh L. Carey, et al. (ds) |
| 80/10/06 | | NOTICE TO INVOLVED JUDGES AND COUNSEL -- Denying Defendants Motion for Expedited Hearing (emh) |
| 80/10/09 | 10 | RESPONSE to plaintiffs' opposition to Transfer - defendants Department of Justice. (ds) |
| 80/10/09 | 11 | RESPONSE to Defendants' Motion to transfer -- plaintiffs City of Chester et al. (ds) |
| 80/10/09 | 12 | MOTION TO AMEND -- defendants - Department of Justice to include A-10 through A-12. (ds) |
| 80/10/10 | | AMENDED CERT. OF SVC. for pleading no. 12 -- Defendants Department of Justice. (ds) |
| | | APPEARANCE -- E. Michael Sloman for Commonwealth of Massachusetts. (ds) |

2

JPML FORM 1A - Continuation

⊕

DOCKET NO. 444 -- _____

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 80/10/22 | | APPEARANCE -- Malcolm J. Hall for City of Atlanta and Maynard Holbrook Jackson, Mayor of Atlanta    (emh) |
| 80/10/24 | | AMENDED CERT. OF SVC. for pleading No. 8 to include service on counsel for pltfs A-9 through A-11. (ds) |
| 80/11/05 | | HEARING ORDER -- Setting motion of defendant Klutznick, et al. to transfer A-1 through A-11.  Hearing set for West Palm Beach, Fla. on Dec. 9, 1980.  Notified counsel, clerks and judges.                (rew) |
| 80/11/12 | | APPEARANCE -- Bryan F. Brown for John Fedo and the City of Duluth   (emh) |
| 80/11/19 | 13 | MOTION TO FILE LATE RESPONSE -- Commonwealth of Massachusetts -- ACCEPTED FOR FILING (No. 14) (emh) |
| 80/11/19 | 14 | RESPONSE -- Commonwealth of Massachusetts, et al. -- w/cert. of svc.   (emh) |
| 80/11/20 | 15 | AMENDED MOTION to add two additional actions -- w/cert. of svc. (emh) |
| 80/11/28 | 16 | RESPONSE -- City of Atlanta, et al. -- w/cert. of service  (cds) |
| 80/12/1 | 17 | LETTER -- pltf. Carey -- dated 11/24/80 w/cert. of svc.(ds) |
| 80/12/05 | | HEARING APPEARANCES:  MARK C. RUTZICK, ESQ. FOR Defendants; JOHN E. FLAHERTY, JR., ESQ. FOR City of Philadelphia, et al; EDWARD J. ZETUSKY, JR., ESQ. FOR City of Chester;  DEBRA L. RASKIN, ESQ. FOR Spanish Coalition for Jobs, Inc., et al.; HENRY A. HAUSER, ESQ. FOR Bernard Carey, et al.;  FREDERICK A. O. Schwarz, Jr., Esq. FOR Carey, et al.;  SHERWIN M. BIRNKRANT, ESQ. FOR Wallace E. Holland and City of Pontiac; GEORGE J. CERRONE, JR., ESQ. FOR Wm. McNichols, Jr. and City of Denver;  and MALCOLM J. HALL, ESQ. FOR City of Atlanta, et al. (cds) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT:  JOHN FEDO, CITY OF DULUTH; COMMONWEALTH OF MASS.;  STATE OF MEXICO, ET AL.;  (cds) |
| 80/12/15 | 18 | LETTER - pltf. Carey - recent developments. (filed in open court).  (ds) |
| 81/01/16 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Edward S. Northrop, D. Maryland. (emh) |
| 81/01/16 | | OPINION AND ORDER -- transferring A-1, A-2, A-4, A-5, A-8 thru A-11 and A-13 to the District of Maryland for coordinated or consolidated pretrial proceedings. (emh) |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p. 3

1980

DOCKET NO. 444 -- In re/Decennial Census Adjustment Litigation

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 81/01/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- <br> B-14 Sullivan, etc. v. Philip M. Klutznick, et al., <br> D. Alaska, C.A. No. A80-397-CIV <br> B-15 McLaughlin, et al. v. Philip M. Klutznick, et al., <br> D. Delaware, C.A. No. 81-7 <br> B-16 City of East Point, Georiga, et al. v. Philip M. <br> Klutznick, et al., N.D. Ga., C.A. No. C80-2227A <br> B-17 City of Atlanta, et al. v. Philip M. Klutznick, et al. <br> N.D. Ga., C.A. No. C80-2252A <br> B-18 Hatcher, et al. v. Philip M. Klutznick, et al., <br> N.D. Indiana, C.A. No. H-80-742 <br> B-19 City of Terre Haute, et al. v. Philip M. Klutznick, <br> et al., S.D. Indiana, C.A. No. TH80-242-C <br> B-20 State of Louisiana, et al. v. Philip M. Klutznick, <br> et al., M.D. La., 81-004-A <br> B-21 Red Lake Band of Chippewa Indians v. Philip M. <br> Klutznick, et al., et al., D. Minn., C.A. No. 6-80-644 <br> B-22 Krodinger, et al. v. Philip M. Klutznick, et al., <br> E.D. Missouri, C.A. No. 80-1636-C(1) <br> B-23 Conway, et al. v. Philip M. Klutznick, et al., <br> E.D. Missouri, C.A. No. 80-1549-C(3) <br> B-24 DeFino, etc. v. Philip M. Klutznick, et al., <br> D. New Jersey, C.A. No. 80-3896 <br> B-25 Gibson, et al. v. Philip M. Klutznick, et al., <br> D. New Jersey, C.A. No. 80-3438 <br> B-26 Jasinski, et al. v. Philip M. Klutznick, et al., <br> D. New Jersey, C.A. No. N80-4142 <br> B-27 The City of Hobbs, et al. v. Philip M. Klutznick, <br> et al., D. New Mexico, C.A. No. CIV-80-792-JB <br> B-28 County of Dona Ana, New Mexico v. U.S. Dept. of <br> Commerce, et al., D. N. Mex., C.A.No. CIV-80-676-M <br> B-29 Bello, et al. v. Philip M. Klutznick, et al., <br> S.D. New York, C.A. No. 80-7195 <br> B-30 Lewis, Jr., et al. v. Philip M. Klutznick, et al., <br> E.D. North Carolina, C.A. No. 80-862-Civ-S <br> B-31 Drakeford, et al. v. Philip M. Klutznick, et al., <br> M.D. North Carolina, C.A. No. C-80-645-D <br> B-32 Padilla, et al. v. Philip M. Klutznick, et al., <br> D. Puerto Rico, C.A. No. 80-2570 <br> NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 81/02/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-33 Goodman, v. <br> Klutznick, et al., E.D. Mich., 81-70193; B-34 Clark v. <br> Klutznick, et al., D.N. Jersey, 80-4153; B-35 Board of <br> County Commissions v. Klutznick, et al., S.D. Ohio, <br> C-1-81-029.  Notified involved counsel & Judges. (ds) |

JPML FORM 1A

4

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __444__ -- In re 1980 Decennial Census Adjustment Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/02/09 | 19 | NOTICE OF OPPOSITION -- B-28 County of Dona Ana County, New Mexico v. U.S. Dept. of Commerce, D. New Mexico, C.A. No. CIV-80-676-M -- pltfs. County of Dona Ana, New Mexico (emh) |
| 81/02/12 | 20 | NOTICE OF OPPOSITION -- B-29 Del Bello, et al. v. Philip M. Klutznick, et al., S.D. N.Y., 80-7195 -- pltfs. Alfred B. Del Bello  (emh) |
| 81/02/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-14 Sullivan, etc. v. Philip M. Klutznick, et al., D. Alaska, C.A. No. A80-397-CIV B-15 McLaughlin, et al. v. Philip M. Klutznick, et al., D. Delaware, C.A. No. 81-7 B-16 City of East Point, Georiga, et al. v. Philip M. Klutznick, et al., N.D. Ga., C.A. No. C80-2227A B-17 City of Atlanta, et al. v. Philip M. Klutznick, et al. N.D. Ga., C.A. No. C80-2252A B-18 Hatcher, et al. v. Philip M. Klutznick, et al., N.D. Indiana, C.A. No. H-80-742 B-19 City of Terre Haute, et al. v. Philip M. Klutznick, et al., S.D. Indiana, C.A. No. TH80-242-C B-21 Red Lake Band of Chippewa Indians v. Philip M. Klutznick, et al., et al., D. Minn., C.A. No. 6-80-644 B-22 Krodinger, et al. v. Philip M. Klutznick, et al., E.D. Missouri, C.A. No. 80-1636-C(1) B-23 Conway, et al. v. Philip M. Klutznick, et al., E.D. Missouri, C.A. No. 80-1549-C(3) B-24 DeFino, etc. v. Philip M. Klutznick, et al., D. New Jersey, C.A. No. 80-3896 B-25 Gibson, et al. v. Philip M. Klutznick, et al., D. New Jersey, C.A. No. 80-3438 B-26 Jasinski, et al. v. Philip M. Klutznick, et al., D. New Jersey, C.A. No. N80-4142 B-27 The City of Hobbs, et al. v. Philip M. Klutznick, et al., D. New Mexico, C.A. No. CIV-80-792-JB B-30 Lewis, Jr., et al. v. Philip M. Klutznick, et al., E.D. North Carolina, C.A. No. 80-862-Civ-S B-31 Drakeford, et al. v. Philip M. Klutznick, et al., M.D. North Carolina, C.A. No. C-80-645-D B-32 Padilla, et al. v. Philip M. Klutznick, et al., D. Puerto Rico, C.A. No. 80-2570 NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 81/02/13 | 21 | NOTICE OF OPPOSITION -- B-20 State of Louisiana, et al. v. Philip M. Klutznick, et al., M.D. La., 81-004-A -- filed by State of Louisiana   (emh) |
| 81/02/18 | | **UNTIMELY OPPOSITION** -- Pltf.  B-32 Hernan Padilla                 (rew) |

JPML FORM 1A

5

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __444__ -- __In re 1980 Decennial Census Adjustment Litigation__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/02/18 | 22 | NOTICE OF OPPOSITION -- B-33 Goodman, etc. v. Philip M. Klutznick, et al., E.D.Mich., 81-70193 -- pltf. George Goodman (State of Michigan) (emh) |
| 81/02/19 | 23 | MOTION TO VACATE CTO (Re: B-28) -- Pltfs. County of Dona Ana, New Mexico -- w/cert. of svc. (emh) |
| 81/02/20 | 24 | NOTICE OF OPPOSITION -- B-35 Board of County Commissions v. Philip M. Klutznick, et al. -- Pltf. Board of County Commissioners of Scioto County, Ohio (emh) |
| 81/02/20 | | ORDER correcting name of district in second paragraph ef CTO -- Notified involved counsel, judges and clerks. (ea) |
| 81/02/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-34 Clark v. Klutznick, et al., D.N.J., 80-4153 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 81/03/03 | 25 | NOTICE OF ACQUIESCENCE (Re: B-27), W/CERT. OF SVC. -- City of Hobbs, et al. (ea) |
| 81/03/05 | 26 | MOTION, BRIEF, CERT. OF SVC. (B-33) (Re: pldg. no. 22) -- pltf. Goodman (City of Ypsilanti). (ea) |
| 80/03/09 | 27 | MOTION, BRIEF, CERT. OF SVC. (Re: B-35) -- pltf. Board of County Commissioners of Scioto County, Ohio. (ea) |
| 81/03/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-36 Munzert, et al. v. Jimmy Carter, S.D. Ill., C.A. No. 80-5369 B-37 Meyers, et al. v. Malcolm Baldrige, et al., E.D. Tex., C.A. No. B-81-69-CA NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/03/10 | 28 | MOTION TO VACATE CTO (Re: B-29 Bello), AFFIDAVIT, EXHIBIT, BRIEF, CERT. OF SVC. -- Pltfs. Bello, et al. (ea) |
| 81/03/10 | 29 | REQUEST TO FILE LATE REGARDING PLDG. NO. 28 -- Pltfs. Bello et al. -- GRANTED to March 10, 1981. (ea) |
| 81/03/10 | 30 | NOTICE OF ACQUIESCENCE (Re: B-20) -- State of Louisiana -- w/cert. of svc. (ea) |
| 81/03/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-20 State of Louisiana, et al. v. Philip M. Klutznick, et al., M.D.La. C.A. No. 81-004-A -- NOT. INVOLVED JUDGES & CLERKS (cds) |
| 81/03/23 | | HEARING ORDER -- Setting Oppositions of plaintiffs to transfer of B-28 County of Dona Ana, New Mexico; B-29 Alfred B. Del Bello, et al; B-33 George D. Goodman, etc. and B-35 Board of County Commissioners of Scioto County, Ohio for Panel hearing in Washington, D. C. on April 30, 1981 (cds) |

JPML FORM lA – Continuation                    DOCKET ENTRIES -- p. 6

DOCKET NO. 444 -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/03/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-38 Fahy, et al. v. Klutznick, et al., D. New Jersey, C.A. No. 81-617-S. Notified involved counsel and judges. (ds) |
| 81/03/25 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-36 Munzert, et al. v. Carter, etc., S.D.Ill., 80-5369; B-37 Meyers, et al. v. Baldrige, et al., E.D. Tex., B-81-69-CA -- Notified involved clerks and judges. (ea |
| 81/04/07 | 31 | REQUEST FOR PERMISSION TO FILE -- Klutznick, et al. GRANTED PERMISSION TO FILE                          (rew) |
| 81/04/07 | 32 | RESPONSE -- Philip M. Klutznick, et al. to motions to vacate B-28 County of Dona Ana, New Mexico; B-29 Alfred Del Bello, et al.; B-33 George D.Goodman, etc.; and B-35 Board of County Commissioners, w/cert of svc.    (rew) |
| 81/04/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY-- B-38 Fahy, et al. v. Klutznick, et al., D.N.J., 81-617-S -- Notified involved judges and clerks (cds) |
| 81/04/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-39 Cole, et al. v. Klutznick, et al., D.P.R., C.A.No. 81-0449-PG -- Notified involved counsel and judges. (ea) |
| 81/04/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-40 Overstreet v. Baldrige, et al., D. Alaska, C.A. No. J81-0007 Civ. Notified involved counsel and judges. (ds) |
| 81/04/13 | 33 | MOTION, RESPONSE AND BRIEF -- Bd. of County Commissioners of the County of Dona Ana, N.M. -- For Order Denying U.S.A. an Extension to File Their Response and From Presenting Oral Argument and For an Order to Vacate the CTO -- w/cert. of service (cds) |
| 81/04/27 | | HEARING APPEARANCES -- Annalinda P. Ragazzo, Esq. for Alfred B. Del Bello and County of Westchester; Harry T. Herdman, Esq. for Borard of County Commissioners of Scioto County, Ohio; Mary E. Goetten, Esq. for Philip M. Klutznick, et al. XXXXXXXXXXXXXXXXXXXXXX  (ds) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXX |
| 81/04/27 | | WAIVER OF ORAL ARGUMENT -- Board of County Commissioners of the County of Dona Ana, New Mexico  (ds) |
| 81/04/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-39 Cole, et al. v. Philip M. Klutznick, et al., D.P.R., 81-0449-PG -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 81/04/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-10) Overstreet v. Baldridge, et al., Alas., J-81-0007 -- Notified Involved Judges and clerks.                          (rew) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 444 -- In re 1980 Decennial Census Adjustment Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/05/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-41 City of Willacoochee, Georgia, et al. v. Malcolm Baldrige, et al. S.D. Georgia, C.A. No. CV5-81-05; B-42 Robert H. Connell, et al. v. Malcolm Baldridge, et al., W.D. Missouri, C.A. No. 81-5029-CV-SW.Notified involved counsel & judges.(ds) |
| 81/05/08 | | TRANSFER ORDER -- transferring B-28, B-29, B-33 and B-34 to the District of Maryland for consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  Notified involved clerks, judges, counsel & recipients. (ds) |
| 81/05/19 | 34 | NOTICE OF OPPOSITION -- B-41 City of Willacoochee, Georgia et al. v. Malcolm Baldrige, et al., S.D. Georgia, C.A. No CV5-81-05.  Filed by City of Willacoochee, Georgia. Notified involved counsel and judges.  (ds) |
| 81/05/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-42 Connell, et al. v. Malcolm Baldridge, et al., W.D. Missouri, C.A. No. 81-5029-CV-SW.  Notified involved clerks and judges. (ds) |
| 81/05/28 | 35 | MOTION TO VACATE CTO -- B-41 City of Willacoochee, Georgia, et al. v. Malcolm Baldrige, et al., S.D. Georgia, C.A. No. CV5-81-05 w/Brief and cert. of svc.  (ds) |
| 81/05/28 | | HEARING ORDER -- Setting B-41 City of Willacoochee, Georgia et al. v. Malcolm Baldrige, et al., S.D. Ga., C.A. No. CV5-81-05 for hearing held on June 25, 1981, in Salt Lake City, Utah.        (ds) |
| 81/05/29 | 36 | RESPONSE TO NOTICE OF OPPOSITION -- (Re: B-41 City of Willacoochee, Georgia, et al.) -- Census Bureau, etc. w/cert. of svc.  (ds) |
| 81/06/22 | 37 | SUPPLEMENTAL BRIEF, CERT. OF SVC. -- City of Willacoochee.  (eaf) |
| 81/06/23 | | HEARING APPEARANCES 6/25/81 -- Salt Lake City, Ut.         BERRIEN L. SUTTON, ESQ. FOR City of Willacoochee, Ga.;         MARY E. GOETTEN, ESQ. for Philip M. Klutznick |
| 81/06/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (2)         C-43 Secaucus, N.J. v. Klutznick, N.J., 81-1597  C-44 Musto v. Baldridge, N.J., 81-1348  Notified counsel and involved judges.    (rew) |
| 81/07/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (2) --         C-43 Town of Secaucus, etc. v. Klutznick, N.J., 81-1597         C-44 Musto, etc. v. Baldridge, et al., N.J., 81-1348         Notified involved clerks and judges.  (eaf) |

JPML FORM 1A

DOCKET ENTRIES

8

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 444 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/07/09 | | TRANSFER ORDER -- transferring B-41 City of Willacoochee, Ga., et al. v. Malcolm Baldridge, et al., S.D. Ga., C.A. No. CV5-81-05 to the District of Maryland pursuant to 28 U.S.C. §1407. (emh) |
| 81/07/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-45 Carlson, etc. v. Baldridge, etal., D.Alas., F81-32 -- Notified involved counsel and judges. (eaf) |
| 81/08/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-45 Carlson, etc. v. Malcolm Baldridge, et al., D.Alaska, C.A. No. F81-32 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 82/03/25 | 38 | MOTION TO REMAND -- B-41 City of Willaccochee, Georgia, et al., S.D. Georgia, C.A. No. CV5-81-05. Filed by Pltf. City of Willacoochee, Georgia, et al. w/Brief and cert. of svc.  Notified involved counsel (ds) |
| 82/03/25 | 39 | RESPONSE -- All Defendants w/cert. of svc. (ds) |
| 82/03/30 | 40 | SUPPLEMENTAL BRIEF (B-41) -- Pltf. City of Willacoochee -- w/Exhibit A and cert. of service  (cds) |
| 82/04/01 | | HEARING ORDER -- Setting motion to remand B-41 City of Willacoochee, Ga., et al. v. Malcolm Baldrige, et al., D. Maryland, N81-1849 (S.D.Ga., CV5-81-05) for Panel hearing in San Francisco, Ca. on April 29, 1982 (cds) |
| 82/04/08 | 41 | RESPONSE -- (re: pldg. No. 38) All Plaintiffs w/cert. of svc.           (ds) |
| 82/04/19 | 42 | RESPONSE -- pltf. City of Willacoochee w/cert. of svc. (ds) |
| 82/04/15 | | WAIVER OF ORAL ARGUMENT -- All waived  (cds) |
| 82/05/07 | | REMAND ORDER -- B-41 City of Willacoochee, Ga., et al. v. Malcolm Baldridge, et al., D. Md., C.A. No. N81-1849 (S.D. Ga., C.A. No. CV5-81-05) -- Notified involved judges, clerks and counsel (cds) |
| 82/05/12 | 43 | MOTION FOR TRANSFER OF TAG-ALONG ACTION -- A-3 Carey, et al v. Malcolm Baldrige, et al., S.D.N.Y., 80-Civ-4550. filed by defendants w/cert. of svc. (ds) |
| 82/05/25 | | HEARING ORDER -- setting motion for transferof tag-along action A-3 Carey, etal. v. Baldrige, etal., S.D.N.Y., 80-Civ-4550, for hearing held in Phil., Pa., on June 24, 1982.  (eaf) |
| 82/05/28 | 44 | REQUEST FOR EXTENTION OF TIME -- Plaintiff Carey -- Granted to and including June 1, 1982 to Carey only  (cds) |
| 82/05/28 | 45 | RESPONSE, MEMORANDUM, CERTIFICATE OF SERVICE (to pldg. 43) -- Liaison counsel for plaintiffs in MDL-444 (cds) |
| 82/05/28 | | APPEARANCE:  ROBERT S. RIFKIND, ESQ. for A-3 Hugh L. Carey  (cds) |

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **444** -- _____     *P.9*

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 82/06/01 | 46 | RESPONSE, MEMORANDUM, CERT. OF SVC. (Re: Pldg. No. 43) -- Pltf. Carey.  (eaf) |
| 82/06/07 | 47 | REPLY BRIEF, CERT. OF SVC. (Re:  A-3 Carey, S.D.N.Y., 80-Civ. 4550) -- Baldrige.  (eaf) |
| 82/06/22 | | HEARING APPEARANCES -- MARK C. RUTZICK, ESQ. for All defendants; ROBERT S. RIFKIND, ESQ. for Hugh L. Carey, et al.; JOHN E. FLAHERTY, JR., ESQ. for All plaintiffs          (ds) |
| 82/07/07 | | ORDER DENYING TRANSFER OF ACTION -- Hugh L. Carey, et al. v. Malcolm Baldrige, et al., S.D. New York, C.A. No. 80-Civ-4550.  Notified involved clerks, judges & counsel **(ds)** |

JPML Form 1

Revised: 8/78

## DOCKET NO. 444 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Dec. 9, 1980 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 6/25/81 | 1/16/81 | O&O | 506 F. Supp. 648 | D. Maryland | Edward S. Northrop | |
| | 7/9/81 | TO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 9/7/89

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 444 -- IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | City of Philadelphia, et al. v. Philip M. Klutznick, et al. | E.D. Pa. Bechtle | 80-3172 | JAN 1 6 1981 | N 81-384 | 9/8/89 D | |
| A-2 | City of Chester, et al. v. Philip M. Klutznick, et al. | E.D. Pa. Shapiro | 80-3309 | JAN 1 6 1981 | N 81-217 | 3/17/89 D | |
| ~~A-3~~ | Hugh L. Carey, et al. v. ~~Philip M. Klutznick~~, et al. *malcolm* *Baldrige* | S.D.N.Y. ~~Werker~~ *SPRIZZO* | 80Civ4550 | DO NOT COUNT | | | 7/7/80. *Remd* |
| A-4 | Spanish Coalition For Jobs, et al. v. Philip M. Klutznick, et al. | N.D.Ill. Aspen | 80C2994 | JAN 1 6 1981 | N 81-474 (474) | 3/17/89 D | |
| A-5 | ~~Bernard Carey~~ *County of Cook*, et al. v. Philip M. Klutznick, et al. | N.D.Ill. Rosckowski | 80C4566 | JAN 1 6 1981 | N81-475 | 5/5/83 D | |
| A-6 | William H. McNichols, Jr., et al. v. Philip M. Klutznick, et al. | D.Colo. Carrigan | 80-C-1151 | DO NOT COUNT | | | |
| A-7 | Wallace E. Holland, et al. v. Philip M. Klutznick, et al. | E.D.Mich. ~~DeMascio~~ | 80-73302 | DO NOT COUNT | | | |
| A-8 | State of New Mexico, et al. v. Philip M. Klutznick, et al. | D.N.Mex. Compos | 80-0726-CJ | JAN 1 6 1981 | N-81-155 | 1/7/83 D | |
| A-9 | City of Atlanta, et al. v. Philip M. Klutznick, et al. | N.D.Ga. Ward | C-80-1685A | JAN 1 6 1981 | N81-203 | 3/17/89 D | |
| A-10 | City of Duluth, et al. v. Philip M. Klutznick, et al. | D.Minn. Lord | 5-80-150 | JAN 1 6 1981 | N81-226 | 9/21/81 D | |
| A-11 | Commonwealth of Massachusetts, et al. v. Philip M. Klutznick, et al. | D.Mass. Zobel | 80-2232-Z | JAN 1 6 1981 | N81-233 | 9/8/89 D | |

DOCKET NO. 444 -- In re 1980 Decennial Census Adjustment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Kenneth A Gibson, et al. v. Philip M. Klutznick, et al. *Duplicate listing See B-2-5* | D.N.J. Biunno | 80-3458 | | N81-256 | 9/8/89 D | |
| A-13 | Maurice A. Ferre, et al. v. Philip M. Klutznick, et al. | S.D.Fla. Davis | 80-2933-CIV-EBD | JAN 1 6 1981 | | | |
| B-14 | George M. Sullivan, etc. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.Alaska Von der Heydt | A80-397-CIV | | N-81-441 | 5/5/83 D | |
| B-15 | William T. McLaughlin, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.Dela. Wright | 81-7 | | N-81-383 | 10/14/82 D | |
| B-16 | City of East Point, Georgia, et al. v. Philip M. Klutznick, et al JAN 2 8 1981 | N.D.Ga. Ward | C80-2227A | | N81-429 | 9/8/89 D | |
| B-17 | City of Atlanta, et. al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | N.D.Ga. Ward | C80-2252A | | N81-428 | 9/7/89 D | |
| B-18 | Richard G. Hatcher, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | N.D.Ind. McNagny | H-80-742 | | N-81-427 | 9/7/89 D | |
| B-19 | City of Terre Haute, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | S.D.Ind. Brooks | TH80-242-C | | *dismissed prior to tnf* | | |
| B-20 | State of Louisiana, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 *appeal 2/3/81* | M.D.LA Parker | 81-004-A | 3/18/81 | N81-707 | 9/8/89 D | |
| B-21 | Red Lake Band of Chippewa Indians v. Philip M. Klutznick, et al JAN 2 8 1981 | D.Minn. Devitt | 6-80-644 | | N-81-384 | 9/8/89 D | |
| B-22 | Ralph Krodinger, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | E.D.Mo. Wangelin | 80-1636-C(1) | | N81-401 | 9/8/89 D | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 3

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-23 | James F. Conway, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | E.D.Mo. | 80-1549-C(3) | | N 81-440<br>N 81-417 | 1/7/83<br>9/7/89 D | |
| B-24 | Anthony M. DeFino, etc. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.N.J.<br>Sarokin | 80-3896 | | N 81-416 | 3/17/89 D | |
| B-25 | Kenneth A. Gibson, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.N.J.<br>Biunno | 80-3438 | | N 81-415 | 5/5/83 D | |
| B-26 | Walter J. Jasinski, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.N.J.<br>Sarokin | N80-4142 | | N 81-333 | 10/14/82 D | |
| B-27 | The City of Hobbs, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.N.Mex.<br>Burciaga | CIV-80-792-JB | | | | |
| B-28 | County of Dona Ana, New Mexico v. U.S. Dept. of Commerce, et al. Opposed 2/9/81 JAN 2 8 1981 | D.N.Mex.<br>Mechem | CIV-80-676-M | 5/8/81 | N 81-301 | 10/14/82 D | |
| B-29 | Alfred B. Del Bello, et al. v. Philip M. Klutznick, et al JAN 2 8 1981 Opposed 2/12/81 | S.D.N.Y.<br>Griesa | 80-7195 | 5/8/81 | N81-2194 | 10/14/82 D | |
| B-30 | Ralph G. Lewis, Jr., et al. v. Philip M. Klutznick, et al JAN 2 8 1981 | E.D.N.C.<br>Dupree | 80-862-Civ-S | | N 81-400<br>N 81-399 | 10/14/82 D<br>10/14/82 D | |
| B-31 | Robert W. Drakeford, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | M.D.N.C.<br>Ward | C-80-645-D | | N-81-523 | 3/17/89 D | |
| B-32 | Hernan Padilla, et al. v. Philip M. Klutznick, et al. JAN 2 8 1981 | D.P.R.<br>Pesquera<br>Perez-Gimenez | 80-2570 | | | | |

DOCKET NO. 444 -- In re 1980 Decennial Census Adjustment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-33 | George D. Goodman, etc. v. Philip M. Klutznick, et al. 2/6/81 Opposed 2/10/81 | E.D.Mich. Churchill | 81-70193 | 5/8/81 | N 81-1586 | 11/30/81 D | |
| B-34 | Edward F. Clark, Jr., etc. v. Philip M. Klutznick, et al. 2/6/81 | D.N.Jersey Debevoise | 80-4153 | 2/23/81 | N 81-569 | 9/7/89 D | |
| B-35 | Board of County Commissions v. Philip M. Klutznick, et al. 2/6/81 Opposed 2/20/81 | S.D.Ohio Hogan | C-1-81-029 | 5/8/81 | N81-2038 | 3/7/89 D | |
| B-36 | Lester Munzert, et al. v. Jimmy Carter, etc. MAR 9 1981 | S.D.Ill. Foreman | 80-5369 | 3/25/81 | N81-884 | 3/17/87 | |
| B-37 | Maurice Meyers, et al. v. Malcolm Baldrige, et al. MAR 9 1981 | E.D.Tex. Fisher | B-81-69-CA | 3/25/81 | N81-837 | 10/14/82 D | |
| B-38 | John T. Fahy, et al. v. Philip M. Klutznick, et al. 3/24/81 | D.N.J. Sarokin | 81-617-S | 4/9/81 | N81-1176 | 9/7/89 D | |
| B-39 | Benjamin Cole, et al. v. Philip M. Klutznick, et al. 4/10/81 | D.P.R. Perez-Gimenez | 81-0449-PG | 4/28/81 | N81-1213 | 9/7/89 D | |
| B-40 | W.D. Overstreet, etc. v. Malcolm Baldrige, et al. 4/13/81 | D.Alaska Von Der Heydt | J-81-0007 CIV | 4/29/81 | N81-1323 | 10/14/82 D | |
| B-41 | City of Willacoochee, Georgia, et al. v. Malcolm Baldrige, et al. 5/5/81 opposed 5/19/81 | S.D.Ga. Alaimo | CV5-81-05 | 7/9/81 | N81-1849 | 5/7/82 R | |
| B-42 | Robert H. Connell, et al. v. Malcolm Baldridge, et al. 5/5/81 | W.D.Mo. Wright | 81-5029-CV-SW | 5/21/81 | N81-1944 | 9/7/89 D | |

July 1981 — 36 TR/O X 1/2 / 36 P8g

(B-41 opposed)

DOCKET NO. 444 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-43 | Town of Secaucus, County of Husson, State of New Jersey, etc. v. Philip M. Klutznick, et al. 6/23/81 | D. N.J. Sarokin | 81-1597 | 7/9/81 | N81-1826 | 7/7/89 | |
| C-44 | William V. Musto, etc. v. Malcolm Baldridge, et al. 6/23/81 | D. N.J. Sarokin | 81-1348 | 7/9/81 | N81-1837 | 9/7/89 | |
| C-45 | John A. Carlson, etc. v. Malcolm Baldridge, et al. JUL 30 1981 | D.Alas. von der Heydt | F81-32 | 8/13/81 | N81-2265 | 5/5/83 D | |

July 1982   40 TR / 2 Dis / 1 Rem / 37 / Nog
July 1983 - 14 Dis / 23 Pdg
July 1984 - Same
July 1985 - Same
July 1986 - Same
July 1987 - Same
July 1988 - Same
July 1989 - 7 Dis / 16 Pdg

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 444 -- IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

|  |  |
|---|---|
| <u>Plaintiff Liaison Counsel</u><br><br>John E. Flaherty, Jr., Esq.<br>3400 Centre Square West<br>1500 Market Street<br>Philadelphia, Pennsylvania 19102<br><br><br>Henry A. Hauser, Esq.<br>Deputy Chief, Civil Actions Bureau<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602<br><br>Winston DeCuir, Esq.<br>Osborne & Clark<br>2151 N. Foster<br>Baton Rouge, Louisiana 70806<br><br>Malcolm J. Hall, Esq.<br>Assistant City Attorney<br>2000 Fulton National Bank Building<br>Atlanta, Georgia 30303<br><br>George N. Sparrow, Jr., Esq.<br>Sparrow, Wallhausen & Kiser, P.C.<br>Suite 254, 3401 Norman Berry Drive<br>East Point, Georgia 30344 | <u>Defendants Counsel</u><br><br>Mark C. Rutzick, Esquire<br>Assistant Director<br>Federal Programs Branch<br>Civil Division, Room 3744<br>9th & Pennsylvania Ave., N.W.<br>Washington, D.C. 20430 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 444 -- IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

CITY OF PHILADELPHIA, ET AL. (A-1)
John E. Flaherty, Jr., Esq.
Deputy City Solicitor
City of Philadelphia
1580 Municipal Services Building
Philadelphia, Pennsylvania 19107

CITY OF CHESTER, ET AL. (A-2)
Charles G. Nistico, Esq.
Assistant City Solicitor
Municipal Building
Fifth & Welsh Streets
Chester, Pennsylvania 19013

HUGH L. CAREY, ET AL. (A-3)
Robert S. Rifkind, Esq.
Cravath, Swaine & Moore
One Chase Manhattan Plaza
New York, New York 10005

SPANISH COALITION FOR JOBS, ET AL. (A-4)
Debra L. Raskin, Esq.
Legal Assistance Foundation of Chicago
1661 S. Blue Island
Chicago, Illinois 60608

BERNARD CAREY, ET AL. (A-5)
Henry A. Hauser, Esq.
Deputy Chief, Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602

WILLIAM H. McNICHOLS, JR. (A-6)
George J. Cerrone, Jr., Esq.
353 City and County Building
Colfax and Bannock Streets
Denver, Colorado 80202

SMALL CITIES (Lead Counsel)
Winston DeCuir, Esquire
Osborne & Clark
2151 N. Foster
Baton Rouge, Louisiana 70806

WALLACE E. HOLLAND, ET AL. (A-7)
James D. Smiertka, Esq.
City of Pontiac, Dept. of Law
450 Wide Track Drive, East
Pontiac, Michigan 48058

STATE OF NEW MEXICO, ET AL. (A-8)
Robert Hilgendorf, Esq.
Office of the Attorney General
State of New Mexico
P. O. Box 1508
Santa Fe, New Mexico 87501

CENSUS BUREAU
DEPARTMENT OF CONGRESS   633-3315
(All Defendants)
Mark C. Rutzick, Esq.
Assistant Director
Federal Programs Branch
Civil Division
Room 3744
9th & Pennsylvania Ave., N.W.
Washington, D.C. 20530

CITY OF ATLANTA, ET AL. (A-9)
Malcolm J. Hall, Esquire
Assistant City Attorney
2000 Fulton National Bank Bldg.
Atlanta, Georgia 30303

CITY OF DULUTH, ET AL. (A-10)
William P. Dinan, Esq.
Bryan F. Brown, Esq.
City Attorneys
400 City Hall
Duluth, Minnesota 55802

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

COMMONWEALTH OF MASSACHUSETTS, ET AL. (A-11)
E. Michael Stoman, Esq.
Assistant Attorney General
Department of the Attorney General
John W. McCormack State Office Bldg.
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

KENNETH A. GIBSON, ET AL. (A-12)
John J. Teare, Esquire
920 Broad Street
Newark, New Jersey 07102

MAURICE A. FERRE (A-13)
George F. Knox, Jr., Esquire
174 East Flagler Street
Miami, Florida 33131

GEORGE M. SULLIVAN, ETC. (B-14)
Theodore D. Berns
Municipal Attorney
Municipality of Anchorage
Pouch 6-650
Anchorage, Alaska 99502

WILLIAM T. McLAUGHLIN, ET AL. (B-15)
Jerome M. Capone, Esquire
Assistant City Solicitor
800 French Street
Wilmington, Delaware 19801

CITY OF EAST POINT, GEORGIA, ET AL. (B-16)
George N. Sparrow, Jr., Esq.
Sparrow, Wallhausen & Kiser, P.C.
Suite 254, 3401 Norman Berry Drive
East Point, Georgia 30344

CITY OF COLLEGE PARK, GA. (B-17)
George E. Glaze, Esquire
Glaze & McNally
120 N. McDonough Street
Jonesboro, Georgia 30236

RICHARD G. HATCHER, ET AL. (B-18)
Charles A. Ruckman, Esquire
7813 Oak Avenue
Gary, Indiana

CITY OF TERRE HAUTE, ET AL. (B-19)
Kenneth E. Levin, Esquire
30 South Third Street
Terre Haute, Indiana

STATE OF LOUISIANA, ET AL. (B-20)
William J. Guste, Jr.
Attorney General
Louisiana Department of Justice
P.O. Box 44005, Capitol Station
Baton Rouge, Louisiana 70804

RED LAKE BAND OF CHIPPEWA INDIANS (B-21)
Rodney E. Edwards, Esq.
Edwards, Edwards & Bodin
312 Alworth Building
Duluth, Minnesota 55802

RALPH KRODINGER, ET AL. (B-22)
A. W. Dieffenbach, Jr., Esquire
Court House Square
P.O. Box 248
Hillsboro, Missouri 63050

JAMES F. CONWAY, ET AL. (B-23)
Thomas A. Connelly, Esquire
314 City Hall
St. Louis, Missouri 63103

ANTHONY M. DeFINO, ET AL. (B-24)
Gerald S. Meisel, Esquire
West New York Law Department
c/o Mayor's Office, Municipal Bldg.
428-60th Street
West New York, New Jersey 07093

KENNETH A. GIBSON, ET AL. (B-25)
John J. Teare, Esquire
920 Broad Street
Newark, New Jersey 07102

Case MDL No. 444   Document 1   Filed 05/18/15   Page 19 of 22

DOCKET NO. __444__ -- In re 1980 Decennial Census Adjustment Litigation

---

WALTER J. JASINSKI, ET AL. (B-26)
Frank Scangarella, Esq.
475 Valley Road
Wayne, New Jersey  07470

THE CITY OF HOBBS, ET AL. (B-27)
Jay Burnham, Esquire
Post Office Box 1117
Hobbs, New Mexico  88240

R. E. Richards, Esquire
Post Office Box 761
Hobbs, New Mexico  88240

COUNTY OF DONA ANA, NEW MEXICO (B-28)
Patrick A. Fort, Esquire
Judicial Complex, 2nd Floor
135 E. Griggs
Las Cruces, New Mexico  88001

ALFRED B. DEL BELLO, ET AL. (B-29)
Samuel S. Yasgur, Esquire
600 County Office Building
148 Martine Avenue
White Plains, New York

RALPH G. LEWIS, JR., ET AL. (B-30)
W. Thurston Debnam, Jr.
Smith, Debnam, Hibbert & Pahl
Statesboro Office Center
Suite C
Post Office Box 515
Zebulon, North Carolina  27597

ROBERT W. DRAKEFORD (B-31)
Michael B. Brough, Esquire
P.O. Box 337
Carrboro, North Carolina  27510

HERNAN PADILLA, ET AL. (B-32)
Rita A. Martinez Colon, Esquire
Legal Division
Municipality of San Juan
P.O. Box 4355
San Juan, Puerto Rico  00918

GEORGE D. GOODMAN, ETC. (B-33)
Ronald Wm. Egnor, Esq.
Egnor, Hamilton & Muth
33 South Huron Street
Ypsilanti, Michigan 48197

EDWARD F. CLARK, JR., ETC. (B-34)
Patrick D. Conaghan, Esq.
595 Newark Avenue
Jersey City, New Jersey 07306

BOARD OF COUNTY COMMISSIONS (B-35)
Lynn Alan Grimshaw, Esq.
310 Courthouse
Portsmouth, Ohio 45662

LESTER MUNZERT, ET AL. (B-36)
Joseph T. Kelleher, Esquire
The Kelleher-Gibbons Law Center
Post Office Box 224/404
Edwardsville, Illinois  62025

MAURICE MEYERS, ET AL. (B-37)
George A. Phair, Esquire
Assistant City Attorney
801 Main Street
P.O. Box 3827
Beaumont, Texas  77704

JOHN T. FAHY, ET AL. (B-38)
Bertram J. Latzer, Esquire
Sears, Pendleton & Latzer
57 Old Bloomfield Avenue
Mountain Lakes, New Jersey

BENJAMIN COLE, ET AL. (B-39)
Lcdo Eugerio Sanchez Ruiz, Esq.
125 Leon St.
P.O. Box 35
Mayaguez, Puerto Rico  00709

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4.___

DOCKET NO. 444 -- _____

W.D. OVERSTREET, ETC. (B-40)
Gerald L. Sharp, Esq.
John R. Corso, Esq.
City and Borough of Juneau
155 South Seward
Juneau, Alaska 99801

CITY OF WILLACOOCHEE, GEORGIA, ET. AL.
(B-41)
Berrien L. Sutton, Esquire
Sutton & Chambers
Municipal Building
P.O. Box 496
Homerville, Georgia  31634

ROBERT H. CONNELL (B-42)
William F. McCullah, Esquire
Stone County Courthouse
Post Office Box 95
Galena, Missouri  65656

WILLIAM V. MUSTO, ETC. (C-43)
George Kaplan, Esquire
Municipal Building
City of Union City Law Department
Union City, New Jersey  07087

TOWN SECAUCUS, N. J. (C-44)
Michael B. Buhalman, Esquire
Municipal Government Center
1203 Paterson Plank Road
Secaucus, New Jersey  07094

JOHN A. CARLSON (C-45)
Patrick B. Cole, Esquire
P.O. Box 1267
Fairbanks, Alaska 99707

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _444_ -- IN RE 1980 DECENNIAL CENSUS ADJUSTMENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ~~ESEN~~ CENSUS BUREAU | A-3  A-4  A-6  A-7  A-5 A-8, A-1, A-2 B-14,16,17,19, 20, B-27,28, B-40, B-41, C-45 |
| DEPARTMENT OF COMMERCE | A-3   A-4   A-6 A-7 A-5 A-8, -A-1, A-2 B-19, B-27,28, 29 |
| PHILIP M. KLUTZNICK (Sec. Of Commerce of the (U.S.) | A-1, A-10, A-9, A-6, A-5 A-8 B-14 thru B-32, 33,34,35, B-38 |
| VINCENT BARABBA (Director of the U.S. (Bureau of the Census) | A-10, A-9 A-6, A-4, A-5 A-8 B-14, B-15,16, 17,18,19,20, 21,22,23, 24,25,26,27 28, B-30,31, 32, 33, 34, 35, B-38, B-42 |
| MARVIN POSTMA (Regional Director of the (Dept. of Commerce) | A-10, B-21, 22, 23, B-42 |
| John E. Tharaldson (Regional Dir. of the Dept. of Comm) | B-14 |
| Stanley D. Moore (Regional Dir. of the Dept. of Comm) | |
| John Reeder (Regional Dir. of the Dept. of Comm.) | B-30 |
| Jimmy Carter (Pres. of U.S.) | B-20, B-22, 23, B-29, B-36 |
| Edmund L. Henslaw Clerk, U.S. House of Representative | B-20, B-22, 23 B-29, B-42 |
| Stanley P. Matchett ( | B-27 |

p. _____

| | |
|---|---|
| Leo Schilling | B-27 , B-40 |
| Kendrick J. Ellwanger | B-27, 28 |
| Marisela P.C. Thompson (manager of the Census Bureau) | B-28 |
| Gordon Ashley | B-28 |
| William F. Hill | B-29 |
| Richard Bitzer | B-29 |
| Arthur G. Dukakis | B-29 |
| Joseph R. Norwood | B-30, 31 |
| Malcolm Baldrige | B-37, B-38 , B-40, B-41, B-42 |
| Daniel B. Levine | B-38 , B-40, B-41 |
| Ronald Reagan | B-42 |